PS 8
(8/88)

# United States District Court
### for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 DEC 12 AM 11: 02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. Bauman, Gina                                                                 Docket No. 06CR1917LAB-001

### Petition for Action on Conditions of Pretrial Release
Page 1 of 2

Comes now Charlene Delgado Pretrial Services Officer presenting an official report upon the conduct of defendant Bauman, Gina who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo sitting in the court at San Diego, on the third day of October, 2006, under the following conditions:

restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; Participate in a Global Positioning System (GPS) satellite monitoring program with active monitoring as directed by the PSO; including, release of defendant to PSA custody. Defendant and sureties are responsible for GPS equipment loss or damage. Actively seek and maintain full-time employment, schooling, or combination both; and if active unit does not operate, PSA may change to passive at it's discretion.;

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**CONDITION VIOLATED**: not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription.

1. On November 8 and 11, 2006, the defendant submitted urine specimens which confirmed positive for amphetamine/methamphetamine use.

**GROUNDS FOR VIOLATION:** The undersigned received and reviewed written laboratory notification from the U.S. Pretrial Services laboratory which confirms the urine specimens provided by the defendant on November 8 and 11, 2006, confirmed positive for amphetamine/methamphetamine use.

PS 8
(8/88)

# United States District Court
## for

### SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. Bauman, Gina                                                      Docket No. 06CR1917LAB-001

**Petition for Action on Conditions of Pretrial Release**
Page 2 of 2

PRAYING THAT THE COURT WILL CITE THE DEFENDANT INTO COURT AND ORDER HER TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED ON DECEMBER 14, 2006, AT 10:00 A.M.

ORDER OF COURT

Considered and ordered this 12th day of Dec, 20 06 and ordered filed and made a part of the records in the above case.

U.S. Magistrate Judge Cathy Ann Bencivengo

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 12, 2006

Respectfully,

Charlene Delgado

Charlene Delgado, U.S. Pretrial Services Officer

Place  San Diego, California

Date  December 12, 2006